UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KURT FRANKLYN LAFFY,

    Plaintiff,

vs.                                             Case No.  3:03-cv-1005-J-12MCR

JANSSEN PHARMACEUTICA, INC., a division
of Johnson & Johnson, a New Jersey
Corporation,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on the Notice of Appearance of Counsel on Behalf of Plaintiff (Doc. 59) filed November 18, 2005, which the Court will treat as a motion to appear *pro hac vice*. Attorney, Rocco Calamusa, Jr., seeks admission *pro hac vice* to represent Plaintiff. Mr. Calamusa is licensed to practice in the state of Alabama and is a member of the United States District Courts in the Northern District of Alabama. Attorney, Scott T. Fortune shall continue to act as designated local counsel in this matter.

Local Rule 2.02(a) of the Local Rules for the Middle District of Florida provides that, "the non-resident attorney shall pay a fee equal to the fee prescribed in Rule 2.01(d), and the written designation shall certify the non-resident attorney's payment of the fee." Here, the motion filed by Mr. Calamusa indicates payment of the fee. The Court would also note that any attorney who appears specially pursuant to Local Rule

2.02(a) or (b) is also deemed to be governed by, among other things, all Local Rules of the United States District Court, Middle District of Florida, and the Code of Professional Responsibility that sets forth the proper professional behavior of members of the Florida Bar.  The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and may be obtained from the Clerk's Office.  The parties may want to pay particular attention to Local Rule 3.01(g), which requires a moving party to confer with opposing counsel prior to filing most motions and to advise the Court whether counsel agree on the resolution of the  motion.

Accordingly, after due consideration, it is

**ORDERED**:

1. The motion to appear *pro hac vice* contained in the Notice of Appearance of Counsel on Behalf of Plaintiff (Doc. 59) is hereby **GRANTED**.

2. Rocco Calamusa, Jr. may appear specially as counsel for Plaintiff in this cause in accordance with Local Rule 2.02.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  21st  day of November, 2005.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party