**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KURT FRANKLYN LAFFY,

    Plaintiff,

        v.                                  No.3:03-cv-1005-J-12MCR

JANSSEN PHARMACEUTICA., INC., etc.,

    Defendant.

## O R D E R

This cause is before the Court on the Defendant's "Motion to Reconsider and/or Clarify Order Excluding Witness Nick Compton (Dkt.100)" (Doc.109), filed April 28, 2006. Upon review of the motion, it is

**ORDERED AND ADJUDGED**:

That the Defendant's "Motion to Reconsider and/or Clarify Order Excluding Witness Nick Compton (Dkt.100)" (Doc.109) is granted to the extent that the Court clarifies that Nick Compton may not be called by the Defendant as a witness for its case-in-chief, but the Court will consider permitting him to be called as a rebuttal witness should other testimony at trial render his testimony appropriate, and the motion is denied in all other respects.

**DONE AND ORDERED** this <u>   22nd   </u> day of May 2006.

<u>Howell W. Melton</u>
HOWELL W. MELTON
United States District Judge

c:   Counsel of Record