**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KURT FRANKLYN LAFFY,

    Plaintiff,

        v.                                                                  No.3:03-cv-1005-J-12MCR

JANSSEN PHARMACEUTICA., INC., etc.,

    Defendant.

**O R D E R**

This cause is before the Court on an outstanding matter to be resolved on the Plaintiff's Motions in Limine (Doc.68), regarding the admissibility of the EEOC finding in this case. The parties have filed supplemental memoranda (Docs. 96 & 103) in accordance with the instructions of the Court given at the hearing on motions in limine conducted on March 8, 2006.

Upon consideration of the submissions of the parties, the Court finds that the EEOC finding in this case is admissible. The issues raised by the Plaintiff relate to the completeness of the EEOC investigation, not its trustworthiness, so the EEOC finding is admissible under Rule 803(8)(C). In addition the Court cannot find that the probative value of the evidence is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury. Accordingly, it is

    **ORDERED AND ADJUDGED**:

That Plaintiff's Motions in Limine (Doc.68), regarding the admissibility of the EEOC finding in this case, is denied.

**DONE AND ORDERED** this <u>   22nd   </u> day of May 2006.

*Howell W. Melton*
HOWELL W. MELTON
United States District Judge

c:	Counsel of Record