**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KURT FRANKLYN LAFFY,

    Plaintiff,

    v.                                              No.3:03-cv-1005-J-12MCR

JANSSEN PHARMACEUTICA., INC., etc.,

    Defendant.

_____

## ORDER OF DISMISSAL

Having been advised telephonically by counsel for the Plaintiff that this case has been settled, it is

**ORDERED** that this cause is hereby **DISMISSED**, subject to the right of any party to move within sixty (60) days of the date of entry of this Order, to reopen the action, upon good cause shown, or to submit a stipulated form of final order or judgment. The Clerk is directed to close the case and to terminate all pending motions, hearings, and deadlines.

**DONE AND ORDERED** this ____6th____ day of November 2006.

*/s/ Howell W. Melton*
HOWELL W. MELTON
United States District Judge

c:    Counsel of Record